# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KENNETH RUSSO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:19-cv-01453-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF** |

On October 14, 2019, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (*Id.*)

The Court entered a Scheduling Order on October 18, 2019. (Doc. 5.) Pursuant to the Scheduling Order, Plaintiff's Opening Brief was due **May 26, 2020**—30 days from service of Defendant's response to Plaintiff's letter brief, which was served by electronic mail on March 19, 2020 (Doc. 10). (*See* Doc. 5.)

On May 26, 2020, Plaintiff failed to file and serve his Opening Brief with the Court and on opposing counsel; to date, no Opening Brief has been filed and served. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order and for want of prosecution. Alternatively, Plaintiff

may file an Opening Brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **July 6, 2020,** Plaintiff shall **either**:

    a. file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's orders and for want of prosecution; or

    b. file an Opening Brief.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 30, 2020**                              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE