PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CHARLES RUSSO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01453-SKO<br><br>**STIPULATION FOR DEFENDANT TO FILE PROOF OF SERVICE OF A LATE RESPONSE TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF; STIPULATION FOR NEW BRIEFING SCHEDULE; AND ORDER**<br><br>**(Doc. 14)** |

    On July 2, 2020, the Court issued a Minute Order that included granting the parties' stipulated request to extend time for Defendant to respond to Plaintiff's letter brief until July 15, 2020 (Doc. 13). On July 1, 2020, in Defendant's counsel rush to leave the office for family vacation, she inadvertently miscalendered her deadline. On July 29, 2020, upon realizing her error, she contacted Plaintiff's counsel Jonathan Peña who graciously stipulated to Defendant filing a late response to his letter brief and a new briefing schedule. In the interest of saving time, Defendant filed proof of service of Defendant's late response to Plaintiff's letter brief concurrent with this stipulation.

Stip. &. Order for Ext., 1:19-cv-01453-SKO

The parties agree that Defendant shall have until July 29, 2020, to respond to Defendant's confidential letter brief and file a certificate of service thereof. All other deadlines will follow the Court's Scheduling Order dated October 18, 2019. Doc. 5. This request is made in good faith with no intention to delay unduly the proceedings. Defense counsel sincerely apologizes to the Court, Plaintiff Charles Russo, and Plaintiff's counsel.

Respectfully submitted,

Dated: July 29, 2020

By:           */s/ Jonathan Omar Peña* *
              Peña & Bromberg, Attorneys at Law
              Attorneys for Plaintiff
              (*As authorized via e-mail on July 29, 2020)

              PHILLIP A. TALBERT
              United States Attorney
              DEBORAH LEE STACHEL
              Regional Chief Counsel, Region IX
              Social Security Administration

              /s/ S, Wyeth McAdam
              S. WYETH MCADAM
              Special Assistant United States Attorney
              Attorneys for Defendant

## ORDER

Pursuant to the parties' above stipulation (Doc. 24), and for good cause and excusable neglect shown, *see* Fed. R. Civ. P. 6(b)(1) and 16(b)(4), Defendant's request to serve his response to Plaintiff's opening brief is GRANTED, nunc pro tunc, to July 29, 2020. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **July 30, 2020**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE