# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KENNETH RUSSO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:19-cv-01453-SKO<br><br>**SECOND ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF** |

　　　On October 14, 2019, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (*Id.*)

　　　On July 30, 2020, following discharge of the initial order to show cause (*see* Docs. 11, 13), the Court granted the parties' stipulated request to enlarge the time for Defendant to respond to Plaintiff's confidential letter brief, nunc pro tunc, to July 29, 2020. (*See* Doc. 16.) The Court also extended all dates in the Scheduling Order, entered October 18, 2019 (Doc. 5), accordingly. (*See* Doc. 16.)

　　　Defendant served his confidential response to Plaintiff's letter brief on Plaintiff by electronic mail on July 29, 2020. (*See* Doc. 15.) Pursuant to the Scheduling Order, as modified, Plaintiff's Opening Brief was due **August 28, 2020**. (*See* Docs. 5, 16.)

On August 28, 2020, Plaintiff failed to file and serve his Opening Brief with the Court and on opposing counsel; to date, no Opening Brief has been filed and served. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order and for want of prosecution. Alternatively, Plaintiff may file an Opening Brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **September 18, 2020,** Plaintiff shall **either**:
   a. file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's orders and for want of prosecution; or
   b. file an Opening Brief.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 10, 2020**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE