PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CHARLES RUSSO, | Case No.: 1:19-cv-01453-SKO |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE A LATE ANSWERING BRIEF** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | **(Doc. 22)** |
| Defendant. | |

    Pursuant to the Court's minute order entered September 21, 2020, Defendant's responsive brief was due to be filed no later October 19, 2020. (Doc. 21.) Defendant filed the present motion on November 2, 2020—over two weeks after Defendant's answering brief deadline expired. (Doc. 22.) The motion states that S. Wyeth McAdam, counsel to the Commissioner, uses the Outlook Task system to track her assignments and inadvertently did not move this case's task from the "awaiting Plaintiff's opening brief" category to the "Defendant's answering brief due" category when Plaintiff filed and served his opening brief. (*See id*.) According to the motion, on Friday, October 30, 2020, counsel to Defendant realized her error and communicated with Plaintiff's

counsel, Jonathan Peña, who did not object to Defendant filing a late answering brief and agreed to a new briefing schedule.  (*See id.*)

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).  Here, the Stipulation demonstrates good cause under to support the request for extension of time (*see* Fed. R. Civ. P. 16(b)(4)), as well as excusable neglect to justify the untimeliness of the request.  Accordingly, given the absence of bad faith or prejudice to Plaintiff (as evidenced by his agreement to the extension of time after the deadline), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS Defendant's unopposed motion. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor.**

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including November 30, 2020, by which to file his answering brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **November 4, 2020**                                /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE