PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
 Special Assistant United States Attorney
 160 Spear Street, Suite 800
 San Francisco, California 94105
 Telephone: (415) 268-5610
 Facsimile: (415) 744-0134
 E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CHARLES RUSSO, | Case No.: 1:19-cv-01453-SKO |
| Plaintiff, | **THE PARTIES' STIPULATED NEW BRIEFING SCHEDULE, AND ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | **(Doc. 24)** |
| Defendant. | |

  Defendant, Commissioner of Social Security (Commissioner), by his undersigned attorneys, and Plaintiff Charles Russo, by his undersigned attorneys, stipulate that Defendant shall have an extension of 45 days to file his response to Plaintiff's opening brief.

  Defendant needs more time to review the over 800 page record, respond to the issues Plaintiff's raised, and go through the necessary in-house reviews. Defense counsel is on leave this Thanksgiving week and plans to be on leave and out of town for two weeks in December and due to press of business and other deadlines needs more time to prepare a proper response to Plaintiff's opening brief.

  The parties stipulate to the following briefing schedule.

Stip. & Order for Ext., 1:19-cv-01453-SKO

Defendant shall file his response to Plaintiff's opening brief by January 14, 2021.

All other deadlines shall following the Court's Scheduling Order dated October 18, 2019. *See* Dkt. 5.

This is the Commissioner's second request for an extension of time to file his responsive brief and second stipulation to alter the briefing schedule.

Respectfully submitted,

Dated: November 24, 2020

By:       */s/ **Jonathan Omar Peña** \**
          Jonathan Omar Peña
          Peña & Bromberg, Attorneys at Law

          (*As authorized via e-mail on November 24, 2020)


          Dolly Marlo Trompeter
          Peña & Bromberg, Attorneys at Law


          Attorneys for Plaintiff

          PHILLIP A. TALBERT
          United States Attorney
          DEBORAH LEE STACHEL
          Regional Chief Counsel, Region IX
          Social Security Administration

///

///

///

*/s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant

### ORDER

Pursuant to the parties' second stipulation (Doc. 24), and for good cause shown, IT IS ORDERED that Defendant shall have an extension, up to and including January 14, 2021, to respond to Plaintiff's Opening Brief.  All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 25, 2020**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE